**2017–0419. Tucker v. Frary.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0435. Jones v. Krueger.**

In Habeas Corpus. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0454. Briscoe v. Eppinger.**

In Habeas Corpus. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0456. State ex rel. Burse v. Fisher [sic].**

In Prohibition. On respondents' motions to dismiss. Motions granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

FISCHER and DEWINE, JJ., not participating.

**2017–0437. State v. Harris.**

Cuyahoga App. No. 99919, 2014-Ohio-925. On motion for leave to file delayed appeal. Motion denied.

**2017–0455. State v. Howard.**

Richland App. No. 15CA26, 2016-Ohio-4786. On motion for leave to file delayed appeal. Motion denied.

**2017–0466. State v. Allen.**

Lucas App. No. L-14–1078, 2016-Ohio-2742. On motion for leave to file delayed appeal. Motion denied.

**2017–0479. JP Morgan Chase Bank, N.A. v. Liggins.**

Franklin App. No. 15AP-242, 2016-Ohio-3528. On motion for stay pending appeal. Motion denied. On motion to cancel sheriff's sale. Motion denied.

FRENCH, J., not participating

**2017–0498. State v. Mosher.**

Pike App. No. 10CA815. On motion for leave to file delayed appeal. Motion denied.

**2017–0502. State v. Walker.**

Crawford App. No. 3–16–07. On motion for leave to file delayed appeal. Motion denied.

O'NEILL, J., dissents.

**2017–0581. Hashash v. Food Mart Plus, Inc.**

Cuyahoga App. No. 104552, 2017-Ohio-1158. On motion for stay of court of appeals' decision. Motion granted and bond posted with trial court continued.

O'CONNOR, C.J., and O'DONNELL and DEWINE, JJ., dissent.

**2016–1629. Thomasson v. Thomasson.**

Cuyahoga App. No. 104579.

O'DONNELL and DEWINE, JJ., dissent.

**2017–0032. State v. Stevens.**

Muskingum App. No. CT2016–0055, 2016-Ohio-8568. Discretionary appeal accepted and held for decision in 2016–0215, *State v. Grimes*, and briefing schedule stayed.